11-19-15

84,003-01

To whom it may concern: TR. Ct No. P-2675-83-CR
RYR-84,003-01

My name is David Rivera #1659207. I'm currently housed in TDCJ.

In writing you today because I have got moved to another unit. I'm No longer at the Boyd unit So ill like to do change of address to be put in my file. Thank you

— Notice—

Change of address: David Rivera 1659207
High Tower Unit
902. FM. 686
Dayton TX 77535

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

Respectfully;

CC/File 11-19-15